**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

REINA ESCAMILLA,

    Plaintiff,

v.                                                                Case No. 09-15061

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY,

    Defendant.
                                                        /

**ORDER GRANTING PLAINTIFF'S MOTION TO COMPEL
SUPPLEMENTAL DISCOVERY**

On August 25, 2010, Plaintiff Reina Escamilla filed a motion to compel supplemental discovery by requiring Defendant State Farm Mutual Automobile Insurance Company to produce an updated PIP file. On September 9, 2010, this court held a conference among the parties to discuss the discovery demand.

IT IS ORDERED that Plaintiff's motion to compel supplemental discovery [Dkt. # 15] is GRANTED IN PART. Defendant must produce and deliver to Plaintiff the updated PIP file by **Tuesday, September 14, 2010**.

                                                  S/Robert H. Cleland
                                                  ROBERT H. CLELAND
                                                  UNITED STATES DISTRICT JUDGE

Dated: September 13, 2010

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, September 13, 2010, by electronic and/or ordinary mail.

 S/Lisa Wagner
Case Manager and Deputy Clerk
(313) 234-5522

S:\Cleland\JUDGE'S DESK\C1 ORDERS\09-15061.ESCAMILLA.order.compel.supplemental.nkt.wpd